BEFORE THE THIRD DIVISION, APRIL 25, 1940.

**No. 43586.**—Protests 813122–G, etc., of Cherry Co. et al. (Honolulu, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43587.**—Protests 778761–G, etc., of Atlantis Sales Corp. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 26, 1940

**No. 43588.**—Protest 949574–G of Westergaard, Berg-Johnson Co. (New York).

Opinion by BROWN, J. On the uncontradicted testimony the merchandise in question was held dutiable at 1 cent per pound under paragraph 719 (4) as claimed.

**No. 43589.**—Protests 969728–G, etc., of Geo. Borgfeldt Corporation et al. (Baltimore, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43590.**—Protests 972396–G, etc., of American Import Co. et al. (Portland, Oreg., etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43591.**—Protests 948847–G, etc., of University of Wisconsin et al. (Milwaukee, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43592.**—Protests 889407–G, etc., of Montgomery Ward & Co. et al. (Denver, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 26, 1940

**No. 43593.**—Protests 739219–G, etc., of Amerman & Patterson, Inc., et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.